UNITED STATES of America, Plaintiff—Appellee,

v.

Carlton Christopher SULLIVAN, Defendant—Appellant.

No. 08–8194.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 27, 2009.

Carlton Christopher Sullivan, Appellant Pro Se. Deborah A. Johnston, Chan Park, Assistant United States Attorneys, Greenbelt, Maryland, for Appellee.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton Christopher Sullivan appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Sullivan,* No. 8:03–cr–00194–DKC–4 (D. Md. Sept. 23, 2008; Aug. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*